AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

*filed in open court 5/3/04*

## APPEARANCE

CASE NUMBER: 04-1685-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kelvin Madera

– LIMITED TO DETENTION HEARING

I certify that I am admitted to practice in this court.

May 3, 2004
Date

Signature

Henry Brennan          634036
Print Name             Bar Number

20 Park Plaza
Address

Boston          MA           02109
City            State        Zip Code

(617) 201-5977          (617) 338-5566
Phone Number            Fax Number