AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
2004 MAY [..] 10: 03
U.S. [..] COURT

UNITED STATES OF AMERICA

V.

Kelvin MADERA aka Manolo LNU aka Manuel GOMOSEN

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Kelvin MADERA aka Manolo LNU a/k/a Manuel GOMOSEN
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title   21   United States Code, Section(s)  846

Name of Issuing Officer: Charles B. Sampson
Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Signature of Issuing Officer: [signature]
Date and Location: 02-26-2004   BOSTON, MASSACHUSETTS

Bail fixed at $ _____
by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Worcester, MA. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin (DEA) | [signature] |
| DATE OF ARREST 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Kelvin MADERA

ALIAS: aka Manolo LNU aka Manuel GOMOSEN

LAST KNOWN RESIDENCE: 65 FREEMAN AVENUE, EVERETT, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1966

SOCIAL SECURITY NUMBER (last 4 digits only): 

HEIGHT:                                                         WEIGHT: 

SEX: M                                                          RACE: 

HAIR:                                                           EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: