AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CLERK'S OFFICE

———————————— District of ————————————

2004 MAY -7 P 4: 25

U.S. DISTRICT COURT
DIST. OF MASS.

**APPEARANCE**

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    *Kelvin Andira*

I certify that I am admitted to practice in this court.

*Due to a conflict Kindly continue with assent of AUSA Robert Peabody.*

| | |
|---|---|
| 5-7-04 | *[signature]* |
| Date | Signature |
| | Stephen Tidge      563390 |
| | Print Name            Bar Number |
| | 23 Central Ave |
| | Address |
| | Lynn      MA      01901 |
| | City      State      Zip Code |
| | 781 599 9520      781 599 6966 |
| | Phone Number      Fax Number |