```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. M-04-1685-CBS |
| **KELVIN MADERA,** | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO CONTINUE DETENTION HEARING FOR DEFENDANT KELVIN MADERA UNTIL THE WEEK OF SEPTEMBER 6, 2004

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the detention hearing of defendant Kelvin Madera from August 30, 2004 to sometime the week of September 6, 2004, as counsel for the government cannot appear before the Court, as scheduled, on August 30, 2004 due to a schedule conflict in Boston, MA.

Government counsel has discussed same with Attorney Stephen Judge and he is aware of the government's need to continue Madera's detention hearing.

                                         **Respectfully submitted,**

                                         **MICHAEL J. SULLIVAN**
                                         United States Attorney

                                         /s/ Robert L. Peabody
                                         **ROBERT L. PEABODY**
                                         Assistant U.S. Attorney
                                         (617)748-3240

**Dated:** August 29, 2004