UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Criminal No. M-04-1685-CBS |
| **KELVIN MADERA,** | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S <u>ASSENTED TO</u> MOTION TO CONTINUE DETENTION
HEARING FOR DEFENDANT KELVIN MADERA UNTIL
OF SEPTEMBER 14, 2004 AT 3:00 P.M.**

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the detention hearing of defendant Kelvin Madera from September 7, 2004 to Tuesday September 14, 2004 at 3:00 P.M., as counsel for the government cannot appear before the Court, as scheduled, on August 30, 2004 due to a schedule conflict involving the interview of trial witnesses living in Maine.

Government counsel has discussed same with Attorney Stephen Judge and he has kindly assented to the government's need to continue Madera's detention hearing to September 14, 2004.

                                          **Respectfully submitted,**

                                          **MICHAEL J. SULLIVAN**
                                          United States Attorney

                                          <u>/s/ Robert L. Peabody</u>
                                          **ROBERT L. PEABODY**
                                          Assistant U.S. Attorney
                                          (617)748-3240

**Dated:** September 3, 2004