AO 468 (1/86) Waiver of Preliminary Examination or Hearing

*filed in open court 9/14/04*

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Kelvin Madera

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1685-CBS

I, _Manuel Germosen AKA Kelvin Madera_, charged in a (complaint) (petition) pending in this District with _Conspiracy_ in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

9-14-04
Date

Manuel Germosen
Defendant AKA Kelvin Madera

Counsel for Defendant
Stephen Judge