**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>KELVIN MADERA, a/k/a Manololnu, )<br>a/k/a Manuel Germosen, ET AL, )<br>  Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-1685-CBS** |

**MEMORANDUM OF PROBABLE CAUSE AND**
**ORDER OF DETENTION**
**September 15, 2004**

**SWARTWOOD, M.J.**

  I.  Nature of the Offense and the Government's Motion

  On February 26, 2004, a Criminal Complaint was filed, charging Kelvin Madera, a/k/a Manololnu, a/k/a Manuel Germosen ("Mr. Madera"), and others, with conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §846.

  At his initial appearance on May 3, 2004, Mr. Madera was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §§3142(f)(1)(B)(the offense charged provides for a maximum penalty of life imprisonment),(f)(1)(C)(Mr. Madera is charged with an offense for

which a maximum term of imprisonment of ten years or more is prescribed in the "Controlled Substances Act"), and (f)(2)(A)(risk of flight).

After several continuances requested by Mr. Madera, a consolidated probable cause/detention hearing was commenced on July 15, 2004. At the conclusion of the Government's evidence, Mr. Madera requested a continuance until August 2, 2004. On August 2, 2004, at Mr. Madera's request, the matter was further continued until August 30, 2004 and then again to September 14, 2004.

On September 14, 2004, Mr. Madera appeared for the conclusion of his probable cause/detention hearing. Prior to the resumption of this hearing, Mr. Madera waived his right to a probable cause hearing and assented to an Order of Detention pending trial, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Madera be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Madera be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Madera is detained and confined shall deliver Mr. Madera to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

>  /s/Charles B. Swartwood, III
>  CHARLES B. SWARTWOOD, III
>  MAGISTRATE JUDGE